# LAW OFFICES OF ALLA KACHAN, P.C.
## 2799 CONEY ISLAND AVENUE, SUITE 202
## BROOKLYN, NEW YORK 11235
## TELEPHONE (718) 513-3145
## FACSIMILE   (347) 342-3156
## E MAIL alla@kachanlaw.com

**December 8, 2023**

**Hon. Jil Mazer-Marino**
**U.S. Bankruptcy Court,**
**Eastern District of New York**
**271-C Cadman Plaza East**
**Brooklyn, NY 11201-1800**

                                      Case Name:  Henry G. Murray
                                      Case Number: 1-23-44535-jmm

Dear Honorable Judge Jil Mazer-Marino,

      We are respectfully writing to inform the Honorable Court that Henry G. Murray, the Debtor herein, has obtain a Judgement, under which Henry Murray and Paulette Murray are the lawful owners of the Premises locate at 194-41 116th Avenue, Saint Albans, NY 11412, and hold absolute legal title to the subject premises, free and clear from any estate, trust, or other interest of Donovan Anthony Wright a/k/a Donovan A. Wright a/k/a Donovan Wright. A copy of this Judgement is attached herein.

      Further, as per the Court's directives, a new Chapter 7 case has been filed and a motion for relief from In Rem order, entered on May 24, 2023, by the Bankruptcy Court in the case 23-40170-jmm (the "In Rem Order") has been filed on an expedited basis as well. Wells Fargo Bank, N.A., the Creditor, has been promptly informed about the instant bankruptcy filing with the request to cancel a foreclosure action, which is scheduled for today. However, the Creditor has refused to cancel the foreclosure, since the In Rem order has not been vacated yet.

      In light of the foregoing, we respectfully request the Honorable Court to schedule an emergency court conference on this matter for today if possible.

      Thank you for your consideration in this case.

Sincerely,
*/s/ Alla Kachan, Esq.*
Alla Kachan, Esq.

**FILED & RECORDED**

9/15/2023, 11:06:33 AM

COUNTY CLERK
QUEENS COUNTY

Cust Square

At IAS 14 of the Supreme Court held in and for the County of Queens, at the Courthouse located at ~~88-11~~ 125-10 ~~Sutphin Boulevard, Jamaica,~~ 11415 Long Island City, New York ~~11435~~, on the 12 day of September, 2023.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

---

HENRY MURRAY and PAULETTE MURRAY,

                Plaintiffs,

-against-

DONOVAN ANTHONY WRIGHT A/K/A DONOVAN A. WRIGHT A/K/A DONOVAN WRIGHT; WELLS FARGO BANK N.A., AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC3 ASSET-BACKED PASS-THROUGH CERTIFICATES; AMERICREDIT FINANCIAL SERVICES, INC.; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD; NEW YORK CITY PARKING VIOLATIONS BUREAU; NEW YORK CITY TRANSIT ADJUDICATION BUREAU; CRIMINAL COURT OF THE CITY OF NEW YORK; and "JOHN DOE #1" through "JOHN DOE #10," the last ten names being fictitious and unknown to the plaintiff, the person or parties intended as persons or entities who either have some claim or interest in the premises described in the Complaint, or, in the alternative, that aided and abetted the conduct which forms the basis of the Complaint,

                Defendants.

Index No. 705773/2019

**JUDGMENT AND ORDER**

Subject Premises:
194-41 116th Avenue
Saint Albans, New York 11412
Block No.: 11036
Lot No.: 47

---

    This action having been commenced by Henry Murray and Paulette Murray with the filing of a Summons and Complaint on April 2, 2019, against, *inter alia*, defendant Donovan Anthony Wright a/k/a Donovan A. Wright a/k/a Donovan Wright ("Donovan"), and plaintiffs having duly moved by Notice of Motion dated July 19, 2021 for a default judgment against Donovan (the "Motion");

This action having been discontinued by stipulation dated September 22, 2021 and filed on October 21, 2021, as against defendant Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset Backed Pass-Through Certificates only, and no relief having been sought by the Motion against the other defendants;

NOW, upon the reading and consideration of the Notice of Motion, the Affirmation of Maria G. Garber, Esq. dated July 19, 2021, the November 4, 2021 Default Judgment Order of the Hon. Janice A. Taylor, and the November 20, 2021 amended Default Judgment Order of the Hon. Janice A. Taylor, and the plaintiffs having waived the monetary component of their claims (*i.e.*, for an award of damages on their second, third, fourth, sixth, and seventh causes of action), and after due deliberation having been held thereon, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that the Motion made by plaintiffs Henry Murray and Paulette Murray against defendant Donovan Anthony Wright a/k/a Donovan A. Wright a/k/a Donovan Wright is granted in its entirety; and it is further:

**ORDERED, ADJUDGED AND DECREED** that the plaintiffs' application for a default judgment against defendant Donovan Anthony Wright a/k/a Donovan A. Wright a/k/a Donovan Wright, pursuant to CPLR § 3215(a), on their complaint is hereby granted, and it is further:

**ORDERED, ADJUDGED AND DECREED** that plaintiffs Henry Murray and Paulette Murray are the lawful owners of the subject Premises and hold absolute legal title to the subject premises, free and clear from any estate, trust, or other interest of Donovan Anthony Wright a/k/a Donovan A. Wright a/k/a Donovan Wright;

This action having been discontinued by stipulation dated September 22, 2021 and filed on October 21, 2021, as against defendant Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset Backed Pass-Through Certificates only, and no relief having been sought by the Motion against the other defendants:

NOW, upon the reading and consideration of the Notice of Motion, the Affirmation of Maria G. Garber, Esq. dated July 19, 2021, the November 4, 2021 Default Judgment Order of the Hon. Janice A. Taylor, and the November 20, 2021 amended Default Judgment Order of the Hon. Janice A. Taylor, and the plaintiffs having waived the monetary component of their claims (*i.e.*, for an award of damages on their second, third, fourth, sixth, and seventh causes of action), and after due deliberation having been held thereon, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that the Motion made by plaintiffs Henry Murray and Paulette Murray against defendant Donovan Anthony Wright a/k/a Donovan A. Wright a/k/a Donovan Wright is granted in its entirety; and it is further;

**ORDERED, ADJUDGED AND DECREED** that the plaintiffs' application for a default judgment against defendant Donovan Anthony Wright a/k/a Donovan A. Wright a/k/a Donovan Wright, pursuant to CPLR § 3215(a), on their complaint is hereby granted, and it is further;

**ORDERED, ADJUDGED AND DECREED** that plaintiffs Henry Murray and Paulette Murray are the lawful owners of the subject Premises and hold absolute legal title to the subject premises, free and clear from any estate, trust, or other interest of Donovan Anthony Wright a/k/a Donovan A. Wright a/k/a Donovan Wright;

**ORDERED, ADJUDGED AND DECREED** that March 27, 2006 deed, recorded in the Office of the City Register on April 21, 2006 in CRFN No. 2006000225280, is deemed void and unenforceable, and is hereby set aside; and it is further;

**ORDERED, ADJUDGED AND DECREED** that the Kings County Clerk, upon the payment of proper fees, is hereby directed to cancel, discharge, and remove the March 27, 2006 deed, recorded in the Office of the City Register on April 21, 2006 in CRFN No. 2006000225280, as against the subject premises; and it is further;

**ORDERED, ADJUDGED AND DECREED** that defendant's Donovan Anthony Wright a/k/a Donovan A. Wright a/k/a Donovan Wright's interest in the ownership of the subject premises pursuant to the March 27, 2006 deed, recorded in the Office of the City Register on April 21, 2006 in CRFN No. 2006000225280, is divested back to plaintiffs Henry Murray and Paulette Murray.

ENTER,

_____
Hon. _____ J.S.C.
**HON. DENISE JOHNSON**

**FILED & RECORDED**
9/15/2023, 11:06:33 AM
COUNTY CLERK
QUEENS COUNTY

_____
CLERK